No. 04–6271. WARD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6275. WALKER v. FAMILY INDEPENDENCE AGENCY. Ct. App. Mich. Certiorari denied.

No. 04–6283. MISSOURI EX REL. TOMPRAS ET AL. v. BOARD OF ELECTION COMMISSIONERS OF ST. LOUIS COUNTY ET AL. Sup. Ct. Mo. Certiorari denied.

No. 04–6291. R. M. v. RIVERSIDE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 04–6293. MURPHY v. MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–6294. POWELL v. SCOTT, ADMINISTRATOR, SOUTHWESTERN REGIONAL JAIL. Cir. Ct. Wetzel County, W. Va. Certiorari denied.

No. 04–6296. LEWIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6303. SVANHOLM v. MONTGOMERY COUNTY, MARYLAND, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 04–6304. DEBLASE v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6308. SCALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6311. DOMINGUEZ v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6325. WHITE v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 04–6332. KOEHL v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.